UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 09−30466
  Chapter 13
Angela Carol Dowe

    Debtor

# ORDER

This case is before the court on the following matter:

*15* − Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation (provisions Ct Cl#9 eCAST Settlement Corp). Filed by Curtis−QS Reding on behalf of Curtis C. Reding. Responses due by 02/1/2010. (Reding, Curtis−QS)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

    Done this 2nd day of February, 2010.

    /s/ Dwight H. Williams Jr.
    United States Bankruptcy Judge